

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2019

No. 04-18-00609-CV

Allison **WHITE**,
Appellant

v.

Jason **WALSH**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02528
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. Time is extended until August 26, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court